## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO: 3:05-cr-238-J-HTS

JOSE MANUEL GARCIA-HEREDIA

_____

### ORDER

This cause came on to be heard on July 25, 2005, for a change of plea hearing.  At the hearing the defendant and counsel executed and filed in open court a Waiver of Venue. Defendant was advised of his rights concerning the Waiver of Venue.  The Court finds the defendant knowingly, intentionally, voluntarily and freely waived his right to venue, based upon the Constitution, statutes, or Federal Rules of Criminal Procedure, in the Southern District of Texas, and agree that venue may lie in the Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2005, nunc pro tunc to July 25, 2005.

_Thomas E. Morris_
_____
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher)
Asst. Federal Public Defender (Call)